EARL XAIZ (#3572)
YENGICH & XAIZ
Attorneys for Defendant
8160 South Highland Drive, Suite A-4
Sandy, UT 84093
Telephone: (801) 355-0320
earlxaiz@gmail.com

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DIVISION, STATE OF UTAH**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRANDEN RORDAME,<br><br>Defendant. | **POSITION OF PARTY WITH RESPECT TO SENTENCING FACTORS PURSUANT TO RULE 310**<br><br>Case No. 2:22CR00224-003<br><br>Judge Howard C. Nielson |

Pursuant to Rule 32-1(b) of the Local Rules of Practice, Counsel for the defendant has reviewed the pre-sentence report and has no specific objections to the report.

DATED this 27th day of November, 2023.

YENGICH & XAIZ
Attorneys for Defendant

By *<u>/s/ Earl Xaiz</u>*
EARL XAIZ

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Position of Party With Respect to Sentencing Factors Pursuant to Rule 310, was filed electronically and caused to be served by electronic notice to all parties listed below on this 27th day of November, 2023.

Vernon G. Stejskal
Travis K. Elder
United States Attorney's Office
111 South Main St., Suite 1800
Salt Lake City, UT 84111
vernon.stejslak@usdoj.gov
travis.elder@usdoj.gov

Heidi Groussman
US Probation Office
Salt Lake City, Utah
heidi_groussman@utp.uscourts.gov

*/s/ Myrleen Wright*